# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2617
LT Case No. 2000-CF-1147

_____

CALVIN E. MAYS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Lake County.
Larry Metz, Judge.

Calvin E. Mays, Defuniak Springs, pro se.

No Appearance for Appellee.


December 6, 2023


PER CURIAM.

    AFFIRMED.


JAY, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____